UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

OSCAR MADRID

VERSUS

LA STATE DEPT. OF
PUBLIC SAFETY AND
CORRECTIONS, ET AL.

CIVIL ACTION

16-619-SDD-EWD

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated April 16, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's action is hereby DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that Plaintiff's request for appointment of counsel is hereby DENIED for failure to demonstrate exceptional circumstances warranting such a request.

Baton Rouge, Louisiana the 14 day of May, 2019.

*[signature]*
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 14.
[3] Rec. Doc. 15.